IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN SECURITY BANK & TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:11-0096 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 21), recommending that Defendant Progressive Casualty Insurance Company's motion to dismiss (Docket Entry No. 5) be granted. To date, Plaintiff has not filed any objections with the time provided by Fed. R. Civ. P. 72(b).

Upon de novo review, the Court **ADOPTS** the Report and Recommendation and agrees with the Magistrate Judge's analysis that under Tennessee law and the insurance policy at issue, there is not any coverage the of the cited legal action.

Accordingly, the Defendant's motion to dismiss this action (Docket Entry No. 5) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5th day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge